Commonwealth *v.* Richardson, Appellant.

Before Mc-Glynn, Jr., J., without a jury.

Submitted March 18, 1974. *Ethel S. Barenbaum,* and *Barenbaum and Barenbaum,* for appellant; *David Richman* and *Maxine J. Stotland,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attor-

ney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Order affirmed.